```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

ELSA P. CASTRO,

    Plaintiff,

v.                              Case No. 8:11-cv-1579-T-33TBM

SMITH & FULLER, P.A.,

    Defendant.
_____/

### **ORDER**

This cause comes before the Court pursuant to Plaintiff's Oral Motion for Liquidated Damages in an Amount Equal to the Award Established by the Jury (Doc. # 54). Also before the Court is Plaintiff's Motion to Alter or Amend Judgment (Doc. # 63), which was filed on January 2, 2013.

Pursuant to the jury verdict reached on December 5, 2012, this Court entered a judgment in favor of Plaintiff in the amount of $1,324.47. (Doc. # 60). On December 21, 2012, Defendant filed a notice informing the Court that Defendant would not oppose Plaintiff's motion for liquidated damages. (Doc. # 62). On January 2, 2013, Plaintiff filed a motion to alter or amend judgment, in which Plaintiff seeks the same relief sought in the oral motion for liquidated damages--that is, an award of liquidated damages in an amount equal to the jury award for overtime compensation. (Doc. # 63).

After due consideration, the Court grants Plaintiff's unopposed motion for liquidated damages. Plaintiff's motion to alter or amend judgment is consequently denied as moot.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff's Oral Motion for Liquidated Damages in an Amount Equal to the Award Established by the Jury (Doc. # 54) is **GRANTED.**

(2) The Clerk is directed to enter an Amended Judgment in favor of Plaintiff and against Defendant. Plaintiff is awarded $2,648.94 in damages.

(3) Plaintiff's Motion to Alter or Amend Judgment (Doc. # 63) is **DENIED** as moot.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 3rd day of January, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record